IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

  v.

Case No. 19-cv-632-jdp

JEFF TWING,
MADISON POLICE DEPARTMENT,
MILWAUKEE POLICE DEPARTMENT,
MILWAUKEE COUNTY,
STATE OF WISCONSIN, AND
MILWAUKEE HOUSE OF CORRECTIONS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                  08/13/2019
Peter Oppeneer, Clerk of Court           Date